No. 82–381.   BETHLEHEM STEEL CORP. ET AL. *v.* RHODE ISLAND TURNPIKE AND BRIDGE AUTHORITY.   Appeal from Sup. Ct. R. I. dismissed for want of substantial federal question.

No. A–299.   HAYES *v.* JUSTICES OF THE SUPREME COURT OF NEVADA ET AL.   C. A. 9th Cir.   Application for stay, addressed to JUSTICE BRENNAN and referred to the Court, denied.

No. A–307 (82–477). . HERZOG *v.* DAYTON BAR ASSN. ET AL.   Sup. Ct. Ohio.   Application for stay, addressed to JUSICE MARSHALL and referred to the Court, denied.

No. A–344 (82–55).   CITY OF WEST HELENA, ARKANSAS, ET AL. *v.* PERKINS ET AL., *ante,* p. 801.   Application for the issuance of the judgment forthwith, presented to JUSTICE BLACKMUN, and by him referred to the Court, is granted and the judgment is to issue forthwith.

No. D–260.   IN RE DISBARMENT OF BUSSEY.   Disbarment entered.   [For earlier order herein, see 455 U. S. 1012.]

No. D–265.   IN RE DISBARMENT OF GRANT.   Disbarment entered.   [For earlier order herein, see 456 U. S. 956.]

No. D–269.   IN RE DISBARMENT OF BROWN.   Disbarment entered.   [For earlier order herein, see 456 U. S. 957.]

No. D–273.   IN RE DISBARMENT OF MICUN.   Disbarment entered.   [For earlier order herein, see 456 U. S. 987.]

No. D–276.   IN RE DISBARMENT OF HUBBARD.   Disbarment entered.   [For earlier order herein, see 457 U. S. 1103.]

No. D–282.   IN RE DISBARMENT OF LEVINE.   Due to mistaken identity, the Appellate Division of the Supreme Court of New York, First Judicial Department, having two attor-